### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIR & TRINI MUSIC, HIT & RUN MUSIC PUBLISHING, INC., NEW EAST MUSIC, EMERGENCY MUSIC, INC., SHAPIRO BERNSTEIN & CO., INC., WB MUSIC CORP., EAST JESUS MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., BON JOVI PUBLISHING, EMI VIRGIN MUSIC, INC., FLOATED MUSIC AND MILKSONGS,<br><br>Plaintiffs,<br><br>v.<br><br>ROJUES, INC. AND ROGER J. MALONE,<br><br>Defendants. | No. 07-cv-00146<br><br>Judge Lancaster |

### STIPULATION OF DISMISSAL

The parties hereto, by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal dismissing with prejudice any and all claims in the above-captioned action.

Respectfully submitted,

Dated: July 11, 2007

/s/ David E. White
David E. White
Pa. I.D. No. 59659
THORP REED & ARMSTRONG, LLP
Firm I.D. No. 282
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425
412-394-2343 (Phone)
412-394-2555 (Fax)

Attorneys for Plaintiffs

00810874.DOC

/s/ John A. Bacharach
John A. Bacharach
BACHARACH AND KLEIN
113 Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
412-391-8713 (Phone)
412-391-8583 (Fax)

Attorneys for Defendants

SO ORDERED, this 12th day of July, 2007.

Gary L. Lancaster, U.S. District Judge

00810874.DOC